UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES WILLIAM S.,[1]<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:22-CV-00457-BLW-DKG<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is a Report and Recommendation filed by United States Magistrate Judge Debora K. Grasham. (Dkt. 23). On March 29, 2019, Plaintiff protectively filed applications for disability insurance benefits and supplemental security income benefits for a period of disability beginning on February 1, 2019. The application was denied initially on May 17, 2019, and again on reconsideration on July 19, 2019.

On September 8, 2021, a second hearing was held before Administrative Law Judge ("ALJ"), Jesse K. Shumway. (AR 15-31). After obtaining testimony from Plaintiff and a vocational expert, ALJ Shumway issued a partially favorable decision on September 24, 2021, finding Plaintiff was disabled beginning on

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

September 8, 2021, through direct application of Medical-Vocational Rule 202.06, after accounting for Plaintiff's age, education, work experience, and residual functional capacity (RFC). (AR 12-40)

Plaintiff requested review by the Social Security Appeals Council, which denied his request for review on September 7, 2022, making the ALJ's decision finding Plaintiff disabled beginning on September 8, 2021, the final decision of the Commissioner. (AR 1-6). Plaintiff timely appealed only the portion of the final decision finding no disability prior to September 8, 2021, on November 6, 2022. (Dkt. 1).

On December 6, 2023, United States Magistrate Judge Debora K. Grasham issued a Report and Recommendation in this matter. (Dkt. 23). Pursuant to the statute, Judge Grasham gave the parties time to file written objections to the Report and Recommendation. *See* 28 U.S.C. 636(b)(1)(C). No objections were filed.

Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Grasham's Report and Recommendation in its entirety and enters the following order consistent with the same.

## ORDER

**IT IS HEREBY ORDERED:**

1. The Report and Recommendation entered on December 6, 2023 (Dkt. 23) is **INCORPORATED** and **ADOPTED** in its entirety.

2. The decision of the Commissioner of Social Security is **AFFIRMED** for the reasons set forth in the Report and Recommendation (Dkt. 23).

3. The Court will enter a separate judgment in accordance with Federal Rule of Civil Procedure 58.

DATED: **January 09, 2024**

B. Lynn Winmill
U.S. District Court Judge